

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

John A. Sensing
Partner
jsensing@potteranderson.com
302 984-6093 Direct Phone
302 658-1192 Fax

August 4, 2021

**VIA E-FILE AND HAND DELIVERY**

The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

      RE:  *Whirlpool Corporation v. Davide Cabri*
            C.A. No. 1:21-cv-00979-CFC

Dear Magistrate Judge Hall:

     In response to the Court's Order dated July 29, 2021 (D.I. 21), the parties have conferred and do not consent to a final determination of the pending Emergency Motion for Preliminary Injunction and Expedited Proceedings (D.I. 7) by a Magistrate Judge.

                                        Respectfully Submitted,

| POTTER ANDERSON & CORROON LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| By: */s/ John A. Sensing* | By: */s/ Ethan H. Townsend* |
|     John A. Sensing (#5232) |     Ethan H. Townsend (# 5813) |
|     Bindu A. Palapura (#5370) |     1007 North Orange Street, 10th Floor |
|     Jesse L. Noa (#5973) |     Wilmington, DE 19801 |
|     Hercules Plaza, 6th Floor |     (302) 485-3900 |
|     1313 N. Market Street |     ehtownsend@mwe.com |
|     Wilmington, DE 19801 | |
|     (302) 984-6000 | *Attorneys for Defendant* |
|     jsensing@potteranderson.com | |
|     bpalapura@potteranderson.com | |
|     jnoa@potteranderson.com | |

*Attorneys for Plaintiff*

7313889/52006